UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE SUBPOENA TO ROBERT E. MALECZKA, JR. | Case No. 2:23-MC-50643<br><br>Chief Judge Sean F. Cox<br>Hon. Anthony P. Patti |

## ORDER

This cause coming to be heard on counsel for Defendants' Motion to Withdraw as Counsel (ECF 22), due notice having been given, and the Court having been fully advised in the premises;

IT IS HEREBY ORDERED

1. Pursuant to Local Rule 83.25, Azar Alexander is given leave to withdraw his representation of Defendants in this matter, and is hereby terminated from this case;

3. Defendants continue to be represented by counsel from Steptoe & Johnson LLP;

4. Counsel's withdrawal will not cause any prejudice or delay in this case; and

5. This is not a final order and does not close the case.

**Dated: June 5, 2023**             IT IS SO ORDERED.

Anthony P. Patti
United States Magistrate Judge